UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-67-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER ALLOWING |
| ) | GOVERNMENT'S MOTION TO |
| CHARLES RONALD LOCKLEAR ) | WITHDRAW PRE-TRIAL |
| ) | MOTIONS |

The matter before the Court is the Motion by the United States, by and through the United States Attorney for the Eastern District of North Carolina, to withdraw its pre-trial motions based on the entry of the Defendant's plea of guilty to the Indictment herein.

After a review of the Motion, the pleadings herein and the defendant's plea of guilty entered in this case, the United States' Motion is hereby ALLOWED.

This, the 24 day of April, 2012.

THE HON. JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE